IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

JASON RAY DOTHARD,                    )
                                      )
            Plaintiff,                )
                                      )
vs.                                   )        CV 02-B-0306-NE
                                      )
MICHAEL HALEY, et al.,                )
                                      )
            Defendants.               )

ENTERED
OCT 11 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 20, 2002,

recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed, under 28

U.S.C. § 1915A(b)(1),  for failing to state a claim upon which relief can be granted. (Doc.

#25)  The plaintiff filed objections to the report and recommendation on August 28, 2002.

(Doc. #26).[1]

Having carefully reviewed and considered *de novo* all the materials in the court file,

including the report and recommendation and the objections thereto, the Court is of the

opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the

---

[1] The court notes that the plaintiff's objections are based in part upon his contention that he has not been
"afforded  the privilege to see [a] specialist and have exploratory test[s] run." (Doc. #26).  However, in his previously
filed motion for preliminary injunction, the plaintiff states that he was taken to a "stomach specialist" on April 25, 2002.
(Doc. #24).  Therefore, by the plaintiff's own pleadings, it is clear that he continues to receive ongoing treatment, which
contradicts the objections he filed in response to the magistrate judge's report and recommendation. Contradictory
allegations can constitute additional grounds for dismissal of a complaint. *See Battle v. Central State Hospital*, 898 F.2d
126, 130 n.3 (11th Cir. 1990).



recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed for

failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. §

1915A(b)(1).  A Final Judgment will be entered.

DATED this _lth_ day of _October_____, 2002.


SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

2